**Order entered September 29, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00295-CV

### IN THE INTEREST OF: E.B., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-03980 U**

## ORDER

On September 2, 2015, appellee filed a first motion to amend appellee's brief. This motion and any other pending motions filed by appellee are hereby **DENIED** as moot.

/s/     DAVID EVANS
JUSTICE